of exportation of the imported merchandise, in the usual wholesale quantities and in the ordinary course of trade.

(5)    That the cost of materials of, and of fabrication, manipulation, or other process employed in manufacturing or producing such or similar merchandise, at a time preceding the date of exportation of the particular merchandise under consideration which would ordinarily permit the manufacture or production of the particular merchandise under consideration, plus the usual general expenses in the case of such or similar merchandise, plus the cost of containers, and plus an addition for profit was the values returned by the appraiser.

We conclude as a matter of law:

(1)    That there is no foreign, export, or United States value for the merchandise herein, as those terms are defined in section 402 of the Tariff Act of 1930, as amended.

(2)    That cost of production, as that value is defined in section 402 (f), Tariff Act of 1930, is the proper basis for determining the value of the instant merchandise.

(3)    That such cost of production was the values returned by the appraiser.

The decision and judgment of the trial court are in all respects affirmed.

Judgment will be entered accordingly.

**REHEARING MOTION DENIED**

AUGUST 3, 1955

A. R. D. 62.—

United States v. Kobe Import Co.    Entered at New York, N. Y.  A. R. D. 60. Motion by appellee

(A. R. D. 63)

DUNLAP, ALPERS & MOTT ET AL. v. UNITED STATES